JEFFREY B. SETNESS, ESQ. - CA State Bar No. 096773
MAYALL, HURLEY, KNUTSEN, SMITH & GREEN
A Professional Corporation
2453 Grand Canal Boulevard
Stockton, California 95207
Telephone:   (209) 477-3833
Facsimile:   (209) 473-4818
E-mail:      jsetness@mayallaw.com

Attorneys for Defendants and Counterclaim Plaintiffs:
VITALITY NUTRITION, INC. and STEVEN YU

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA
SACRAMENTO DIVISION

| | |
|---|---|
| VECTOR CORPORATION, (Doing Business in California as Vector Corporation of Iowa),<br><br>Plaintiff,<br><br>vs.<br><br>VITALITY NUTRITION, INC., a California Corporation, and Steven Yu, an individual,<br><br>Defendants.<br><br>VITALITY NUTRITION, INC., a California Corporation, and Steven Yu, an individual,<br><br>Counterclaim Plaintiffs,<br><br>vs.<br><br>VECTOR CORPORATION, (Doing Business in California as Vector Corporation of Iowa),<br><br>Counterclaim Defendant. | CASE NO.   2:05-CV-00978-LKK-DAD<br><br>[PROPOSED] ORDER GRANTING MOTION OF JEFFREY B. SETNESS, ESQ. TO WITHDRAW AS COUNSEL FOR VITALITY NUTRITION, INC. |

TO ALL PARTIES AND THEIR ATTORNEYS OF RECORD:

The motion of Jeffrey B. Setness, Esq. of the law firm Mayall, Hurley, Knutsen, Smith & Green to withdraw as counsel for Defendant and Counterclaim Plaintiff Vitality Nutrition,

ORDER RELATING TO MOTION TO WITHDRAW AS COUNSEL - 1

Inc. came on for hearing before this court on December 2, 2005 at 10:00 a.m. in Courtroom No. 4 before the Honorable Lawrence K. Karlton. Jeffrey B. Setness, Esq. appeared on behalf of himself and the law firm of Mayall, Hurley, Knutsen, Smith & Green and Edward E. Hartley, Esq. of the law firm of Dillingham & Murphy, LLP, appeared on behalf of Plaintiff and Counterclaim Defendant Vector Corporation.

After consideration of the Motion, the Statement of Non-Opposition by Vector Corporation, statements by counsel, and all other matters presented to the Court, it is hereby ordered that:

1. The Motion of Jeffrey B. Setness, Esq. of the law firm of Mayall, Hurley, Knutsen, Smith & Green to withdraw as counsel for Defendant and Counterclaim Plaintiff Vitality Nutrition, Inc. is granted;

2. Defendant and Counterclaim Plaintiff Vitality Nutrition, Inc. is granted 45 days to obtain new counsel;

3. Mr. Setness shall provide this order to Vitality Nutrition, Inc.'s Bankruptcy counsel James Ganzer and Bankruptcy Trustee Gary Farrar;

4. The matter is stayed for 3 months and the Scheduling Conference Order dated August 10, 2005 is vacated; and

5. A Status Conference is scheduled for March 20, 2006 at 2:00 p.m. in Courtroom 4 (LKK) before Senior Judge Lawrence K. Karlton at which time a new Scheduling Order will be determined. All parties including Mr. Setness and Vitality Nutrition, Inc.'s new counsel shall appear.

ORDER RELATING TO MOTION TO WITHDRAW AS COUNSEL - 2

6. The parties shall file with the court and serve upon all other parties, not later than 4:30 p.m., ten (10) days preceding the conference, a Status Report in accordance with the "Order Setting Status (Pretrial Scheduling Conference) dated May 17, 2005.

12/12/05
DATED

LAWRENCE K. KARLTON
SENIOR JUDGE
UNITED STATES DISTRICT COURT

APPROVED AS TO FORM:

/s/ Edward Hartley
EDWARD HARTLEY, ESQ.
COUNSEL FOR VECTOR CORPORATION

ORDER RELATING TO MOTION TO WITHDRAW AS COUNSEL - 3

## CERTIFICATE OF SERVICE

I, the undersigned, certify and declare as follows:

I am over the age of eighteen years and not a party to this action. My business address is 2453 Grand Canal Boulevard, Stockton, California 95207 that is located in the county where the mailing and/or delivery below took place.

On December 6, 2005, I served the following document:

**[PROPOSED] ORDER GRANTING MOTION OF JEFFREY B. SETNESS, ESQ. TO WITHDRAW AS COUNSEL FOR VITALITY NUTRITION, INC.**

addressed to:

**SEE ATTACHED SERVICE LIST**

____**BY PERSON DEPOSITING THE MAIL:** On the date specified above, I deposited in the mail at the place specified above a copy of the document described above in a sealed envelope, with postage fully prepaid addressed to the individuals and/or entities mentioned above.

**XXXX BUSINESS PRACTICE TO ENTRUST DEPOSIT TO OTHERS:** I am readily familiar with the business practice at my place of business for collection and processing of correspondence for mailing with the United States Postal Service. Correspondence so collected and processed is deposited with the Untied States Postal Service that same day in the ordinary course of business. On the date specified below, at my place of business at Stockton, California a copy of the document described above was placed for deposit in the United States Postal Service in a sealed envelope, with postage fully prepaid addressed to the individuals and/or entities mentioned above; and that envelope was placed for collection and mailing on that date following ordinary business practice.

____**BY EXPRESS SERVICE CARRIER:** On the date specified below, I directed to be deposited in a box or other facility regularly maintained by Federal Express or delivered to a courier or driver authorized by said express service carrier to receive documents, a copy of the document mentioned above, in an envelope designed by the said express service carrier, with delivery fees paid or provided for, addressed to the individuals and/or entities mentioned above.

**XXXX BY FAX TRANSMISSION:** On the date specified below, I directed to be transmitted by facsimile transmission machine the documents described above. The above-described transmission was reported as complete without error by a transmission report issued by the facsimile transmission machine upon which the said transmission was made immediately following the transmission.

PROOF OF SERVICE - 1

1  I certify and declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct.

Executed on December 6, 2005, at Stockton, California.

                                                 /s/   Anna Chung
                                                  ANNA CHUNG

**SERVICE LIST**

PROOF OF SERVICE - 2

1  Edward E. Hartley, Esq.
   Dillingham & Murphy, LLP
2  225 Bush Street, 6th Floor
   San Francisco, CA 94104
3  Telephone: (415) 397-2700
   Facsimile: (415) 397-3300
4  (Counsel for Vector Corporation)

5
   Gary Farrar
6  Bankruptcy Trustee
   P.O. Box 576097
7  Modesto, California 95357
   Telephone: (209) 551-2336
8  Fax: (209) 549-1719

9
   James E. Ganzer, Esq.
10 Ganzer & Williams
   1617 St. Mark's Plaza, Suite A
11 P.O. Box 7683
   Stockton, California 95267
12 Tel: (209) 476-1661
   Fax: (209) 476-1674
13
   Steven Yu
14 4336 Heritage Place
   Stockton, California 95219
15

16

17

18

19

20

21

22

23

24

25

26

27

28
   PROOF OF SERVICE - 3